E.D.N.Y. – C. Islip
22-cv-6945
Irizarry, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

_____

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 15th day of September, two thousand twenty-three.

Present:

Jon O. Newman,
José A. Cabranes,
Maria Araújo Kahn,
         *Circuit Judges*.

_____

Cedar Realty Trust, Inc., et al.,

                    *Petitioners*,

         v.                                                                23-754

Jonathan Krasner, individually and on behalf of all others similarly situated,

                    *Respondent*.

_____

Petitioners request, pursuant to 28 U.S.C. § 1453(c), leave to appeal the district court's order remanding the action to state court. Upon due consideration, it is hereby ORDERED that the petition is GRANTED. *See Estate of Pew v. Cardarelli*, 527 F.3d 25, 29 (2d Cir. 2008).

Additionally, in light of the requirement that the Court "complete all action on [this] appeal, including rendering judgment, no later than 60 days after" leave to appeal is granted, 28 U.S.C. § 1453(c)(2); *see also DiTolla v. Doral Dental IPA of New York*, 469 F.3d 271, 274–75 (2d Cir. 2006). It is FURTHER ORDERED that Petitioner and Respondent shall file briefs simultaneously within 7 days from the date of this order, and the appeal will be calendared before the first available panel thereafter.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 09/15/2023